**DISMISS and Opinion Filed February 14, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00950-CV**
_____

**TADAEL GIRMA MELKA, Appellant**
**V.**
**CRAIG SMITH, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02826-2023**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated December 29, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). We then extended the time for appellant to file his brief until January 27, 2024, again cautioning appellant that failure to do so would result in the dismissal of this case without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230950F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

TADAEL GIRMA MELKA,
Appellant

No. 05-23-00950-CV      V.

CRAIG SMITH, Appellee

On Appeal from the 471st Judicial District Court, Collin County, Texas Trial Court Cause No. 471-02826-2023.
Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 14, 2024